UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROSALIO LORENZO ALEMAN, *individually and on behalf of others similarly situated*; ERIC ROBLES, *individually and on behalf of others similarly situated*; and BRAULIO TRUJILLO ROMAN, *individually and on behalf of others similarly situated*,

                  Plaintiffs,

-against-

GUAPO BODEGA LLC, *d/b/a* BEAUTY AND ESSEX; CHRIS SANTOS, *a/k/a* CHRISTOPHER; VINCENT DOE; PETER KANE; and RICHARD WOLF,

                  Defendants.

------------------------------------- x

ORDER

19 Civ. 159 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 3 0 2020

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: January 27, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge